In the Matter of the Claim of HAZEL SHEPPARD, Made on Behalf of REGINALD FLUDD, Respondent, against ALBERT J. DEMPS, et al., Appellants.

Argued November 16, 1943; decided January 6, 1944.

*Floyd Coursen* and *Harry Wareham* for appellants.
*Abraham Markoff* for respondent.

Appeal dismissed, without costs, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.